My name is Brandon Brown I Have a Civil Suit Case # 1:19-CV-358-ECM I Am writing to Notify you of change of adress I Am now at County Complex 4 Newbrockton AL 36351 if you need to contact me regarding lawsuit Court Date.

Brandon Brown
County Complex 4
Nebrockton AL 36351

Federal Courthouse
One Church St
Montgomery AL 36104



FIRST-CLASS
US POSTAGE
$ 000.50
02 1P
0001187792   JUL 02 2019
MAILED FROM ZIP CODE 36351

INMATE MAIL

3610434018 C039