IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON RAYMOND BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:19-CV-358-ECM |
| ) | |
| LT. KING, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This 42 U.S.C. § 1983 action is pending before the court on an amended complaint filed by Brandon Raymond Brown, an indigent inmate, in which he challenges the constitutionality of conditions at the Houston County Jail in April and May of this year. On August 13, 2019, the court issued orders, a copy of which the Clerk mailed to the plaintiff. The postal service returned these documents because the plaintiff no longer resided at the last address he had provided for service.[1] The order of procedure entered in this case ordered the plaintiff to "immediately inform the court and the defendants . . . any change in his address. Failure to provide a correct address to this court within ten (10) days following any change of address will result in the dismissal of this action." *Doc. 10* at 4, ¶8. The docket maintained in this case indicates that the plaintiff received a copy of this order.

It is, however, clear from the foregoing that the plaintiff has failed to comply with the requirement that he provide the court with a current address. Moreover, this case cannot

---
[1]The last address provided to the court by the plaintiff is the Coffee County Jail.

properly proceed before the court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before September 6, 2019 the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action.  The plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed due to his failure to keep the court apprised of his current address and because, in the absence of such, this case cannot proceed before this court in an appropriate manner.

It is further

ORDERED that the defendants shall file answer or written report to the amended complaint unless and until further order of this court.

DONE this 26th day of August, 2019.

                                  /s/  Wallace Capel, Jr.
                        CHIEF UNITED STATES MAGISTRATE JUDGE