IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON RAYMOND BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-358-ECM |
| | ) |
| LT. KING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It appears that the plaintiff has been transferred to the custody of the Alabama Department of Corrections and is currently incarcerated at the Kilby Correctional Facility. *See* http://www.doc.state.al.us/Inmate.  Accordingly, the Clerk is DIRECTED to mail the plaintiff with a copy of the order entered on August 26, 2019 (Doc. 37) to him at Kilby.  It is

ORDERED that the plaintiff be GRANTED an extension from September 6, 2019 to and including September 26, 2019 to provide this court with his current address.

DONE this 11th day of September, 2019.



/s/  Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE