IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON RAYMOND BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:19-CV-358-ECM |
| ) | |
| LT. KING, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It appears that the plaintiff has been transferred to the custody of the Alabama Department of Corrections and is currently incarcerated at the Kilby Correctional Facility. *See* http://www.doc.state.al.us/Inmate.  **Accordingly, the Clerk is DIRECTED to mail the plaintiff with a copy of the order entered on August 26, 2019 (Doc. 37) to him at Kilby**.  It is

ORDERED that the plaintiff be GRANTED an extension to and including October 11, 2019 to provide this court with his current address.

DONE this 27th day of September, 2019.

/s/  Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE