In The District Court of United States of America
for the middle District of Alabama Southern Division

Brandon Brown          )   Civil action 1:19-CV-358-ECM
       vs              )
                       )
Lt King Et Al.         )

ORDER

The above plaintiff Brandon Brown Comes before the courts to Notify Change of adress from Houston County Jail to Kilby Correctional facility Po Box 150 Mount Meigs AL 36057-0150
I have Court in Houston County Oct 17. So I will go to County for 2 weeks, will Notify.

BCB

Brandon Brown 308816
Kilby Prison
PO Box 150
Mt Meigs AL 36057-0150




"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

Clerk United States District Court
One Church St - St B-110
Montgomery AL 36104-4015

36104-401801