IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON RAYMOND BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:19-CV-358-ECM |
| ) | |
| LT. KING, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that on or before October 23 2019 defendants King, Traywick, Brazier, Valenza and Peters shall file their answer and special report addressing the claims raised by the plaintiff in the amended complaint (Doc. 9).

DONE this 3rd day of October, 2019.

/s/  Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE