EXHIBIT A

Relevant Portions of Plaintiff's Inmate File

# Photographic Image

Name:    Brown, Brandon Raymond                    Inmate ID: 56262



Image Category:    Mugshot

Image Date:    03/07/2019 14:39

Image Description:  Mugshot 1 (Front view)



# ALABAMA UNIFORM ARREST REPORT

| DOMESTIC VIOLENCE DUAL ARREST ☐ | | Fingerprinted ☐ Yes ☐ No | R84 Completed ☐ Yes ☐ No |
|---|---|---|---|

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 Agency Name | 3 Case # | 4 SFX |
|---|---|---|---|
| AL0380100 | Dothan Police Department | 01-19-004978 | 1 |

| 5 Last, First, Middle Name | 6 Also AKA |
|---|---|
| BROWN, BRANDON RAYMOND | BROWN, BRANDON RAYMOND |

| 7 Sex | 8 Race | 9 Ethnicity | 10 Hgt | 11 Wgt | 12 Eye | 13 Hair | 14 Skin | 15 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐M ☐F ☐B ☐I | ☐W ☐A ☐ | ☐Hispanic ☑Non-Hispanic ☐Other | 5' 09" | 140 | BLU | BRO | MED | ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | | |

| 16 Place of Birth (City, County, State) | 17 SSN | 18 Date of Birth | 19 Age | 20 Miscellaneous ID # |
|---|---|---|---|---|
| | | | 32 | |

| 21 SID# | 22 Fingerprint Class | | | | | | | 23 DL # | | 24 St |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Key | Major | Primary | SCOV | Sub-Secondary | Final | | | AL |
| 25 FBI # | Henry Class | | | | | | | 27 Identification Comments | | |
| | NCIC Class | | | | | | | | | |

| 27 | ☐ Resident ☑ Non-Resident | 28 Home Address (Street, City, State, Zip) | 29 Residence Phone | 30 Occupation (Be Specific) |
|---|---|---|---|---|
| | | | | Laborer |

| 31 Employer (Name of Company/School) | 32 Business Address (Street, City, State, Zip) | 33 Business Phone |
|---|---|---|
| Unemployed | | |

## ARREST

| 34 Location of Arrest (Street, City, State, Zip) | 35 Sector # | 36 Arrested for your Jurisdiction? ☑ Yes ☐ No ☐ In State ☐ Out of State Agency |
|---|---|---|

| 37 Arrestee: | ☐ Drunk ☐ Drinking | ☐ Sober ☐ Drugs | 38 Resist Arrest? ☐ Yes ☑ No | 39 Injuries? ☐ Officer ☐ Arrestee | 40 Armed? ☐ None ☑ Yes ☐ No | 41 Description of Weapon ☐ Handgun ☐ Other Firearm ☐ Rifle ☐ Other Weapon ☐ Shotgun |
|---|---|---|---|---|---|---|

| 42 Date of Arrest | 43 Time of Arrest | 44 Day of Arrest | 45 Type of Arrest | 46 Arrested Before? |
|---|---|---|---|---|
| 03/06/2019 | 19:07 ☐AM ☑PM ☐MIL | ☐S ☐M ☐T ☐W ☐T ☐F ☐S | ☑On View ☐Warrant ☐Cita | ☑Yes ☐No ☐Unknown |

| 47 Charge - 1 | ☐Fel ☐Mid | 48 UCR Code | 49 Charge - 2 | ☐Fel ☐Mid | 53 UCR Code |
|---|---|---|---|---|---|
| Unlawful Breaking and Entering a Vehicle | | 2305 | | | |

| 51 State Code/Local Ordinance | 52 Warrant # | 53 Date Issued | 54 State Code/Local Ordinance | 55 Warrant # | 56 Date Issued |
|---|---|---|---|---|---|
| 13A-8-11(b) | | 03/06/2019 | | | |

| 57 Charge - 3 | ☐Fel ☐Mid | 58 UCR Code | 59 Charge - 4 | ☐Fel ☐Mid | 60 UCR Code |
|---|---|---|---|---|---|

| 61 State Code/Local Ordinance | 62 Warrant # | 63 Date Issued | 64 State Code/Local Ordinance | 65 Warrant # | 66 Date Issued |
|---|---|---|---|---|---|

| 67 Arrest Disposition | 68 If Out On Release What Type? | 69 Arrested with (1) Accomplice (Full Name) |
|---|---|---|
| ☐Hold ☐Bail ☐Released ☐Tot-LE ☐Other | | |
| | | 70 Arrested with (2) Accomplice (Full Name) |

## JUVENILE VEHICLE

| 71 VYR | 72 VMA | 73 VMO | 74 VST | 75 VCO | Top Bottom | 76 Tag # | 77 LIS | 78 LIY |
|---|---|---|---|---|---|---|---|---|

| 79 VIN | 80 Impounded? ☐ Yes ☐ No | 81 Storage Location/Impound # |
|---|---|---|

| 82 Other Evidence Seized/Property Seized |
|---|

| 83 Juvenile Disposition | ☐ Handled and Released ☐ Ref. to Juvenile Court | ☐ Ref. to Welfare Agency ☐ Ref. to Other Police Agency | ☐ Ref. to Adult Court | 84 Released To |
|---|---|---|---|---|

| 85 Parent or Guardian (Last, First, Middle, Name) | 86 Address (Street, City, State, Zip) | 87 Phone |
|---|---|---|

| 88 Parents Employer | 89 Occupation | 90 Address (Street, City, State, Zip) | 91 Phone |
|---|---|---|---|

## RELEASED

| 92 Date and Time of Release ☐AM ☐PM ☐MIL | 93 Releasing Officer Name | 94 Agency/Division | 95 ID# |
|---|---|---|---|

| 96 Released To | 97 Agency/Division | 98 Agency Address |
|---|---|---|

| 99 Personal Property Released to Arrestee ☐ Yes ☐ No ☐ Partial | 100 Property Not Released/Held At: | 101 Property # |
|---|---|---|

| 102 Remarks (Note Any Injuries at Time of Release) |
|---|

| 103 Signature of Receiving Officer | 104 Signature of Releasing Officer | Local Use | State Use |
|---|---|---|---|

| MULTIPLE CASES CLOSED | 105 Case # | 106 SFX | 107 Case # | 108 SFX | 109 Case # | 110 SFX | MULTI CASES CLOSED CONTINUATION ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| 112 Arresting Officer (Last, First, M.) | 113 ID # | 114 Assisting Officer (Last, First, M.) | 115 ID # | 116 Supervisor | 117 Watch Cmdr. |
|---|---|---|---|---|---|
| Taiwan Truitt | 792 | | | David D. Saxon   ID # 711 | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC -06-06

## WARRANT FACT SHEET

**CASE NUMBER**: 01-19-004978      **WR 2019**      ARRESTED

**DEFENDANT**: Brown, Brandon Raymond

**ADDRESS**: _____

**DOB**: __      **SSN**:

**RACE**: WHT      **SEX**: Male

**HT**:5'09"      **WT**:140      **HAIR: BRO**      **EYES**: BLU

**PHONE**: None      **ID**:

**CHARGE**: Unlawful Breaking and Entering a Motor Vehicle

**BOND REQUEST**: $ 5,000.00

**VICTIM'S NAME**: Gary Ryals

### WITNESSES

| NAME | ADDRESS | PHONE |
|------|---------|-------|
| 1. Inv. Taiwan Truitt | Dothan P.D. | |
| 2. Ofc Ryan Anderson | Dothan P.D. | |
| 3. Gary Ryals | | |
| 4. Amy Prather | | |

**DETAILS:** On 3-6-19 I responded to _____ where the witness, Amy Prather saw the suspects, Brandon Brown and Jeffery Hilson unlawfully enter the victim, Gary Ryals' vehicle a gray 2004 Chevrolet Tahoe and took a white Walmart bag that contained a tackle box.

**INVESTIGATOR**: Inv.  Taiwan Truitt

**WARRANT OBTAINED BY**: Inv.  Taiwan Truitt

**DATE:** 3-6-19

**Arrest Time:** 1907

SIGNATURE

**SWORN TO AND SUBSCRIBED BEFORE ME THIS 7th day of March, 2019**

_____

**JUDGE, CLERK, MAGISTRATE**

03/07/2019 THU 15:24  FAX                                                    ☑001/001

APS651

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
MONTGOMERY, ALABAMA

ORDER OF PROBATION AND PAROLE OFFICER

AUTHORIZING ARREST OF PROBATION VIOLATOR

TO: SHERIFF OF COFFEE        COUNTY OR ANY LAWFUL OFFICER OF THE STATE OF
ALABAMA

BROWN BRANDON RAYMOND        COURT NO. CC 2017 000098 00 WHO WAS CONVICTED IN
COFFEE        COUNTY OF THE OFFENSE OF POSS/REC CONTR. SUBS
AND WHO WAS SENTENCED TO A TERM OF 00 YEARS 18 MONTHS 00 DAYS IN THE
PENITENTIARY OR TO HARD LABOR FOR THE COUNTY WHO WAS GRANTED PROBATION
ON 10/13/2018 FOR A PERIOD OF 00 YEARS 24 MONTHS 00 DAYS HAS IN THE
JUDGMENT OF THE UNDERSIGNED PROBATION AND PAROLE OFFICER VIOLATED THE
CONDITIONS OF HIS PROBATION.  THEREFORE, BY VIRTUE OF THE AUTHORITY VESTED
IN ME BY TITLE 15-22-54, CODE OF ALABAMA, 1975, AS AMENDED, YOU ARE HEREBY
GIVEN THIS WRITTEN AUTHORITY TO TAKE THE SAID BROWN BRANDON RAYMOND
INTO YOUR CUSTODY AND HOLD HIM FOR THE FURTHER ORDER OF THE JUDGE OF THE
CIRCUIT   COURT OF COFFEE        COUNTY.

DATED AT _Enterprise_, ALABAMA, THIS THE _7th_ DAY OF _March_, _2019_

_Eddie Gray_
PROBATION AND PAROLE OFFICER

| DEFENDANT'S ADDRESS: | DEFENDANT'S DESCRIPTION: |
|---|---|
| | HT: 5'10" WT: 147 RACE: W |
| | HAIR: BLN EYES: BLU SEX: M |
| | BIRTH DATE: |
| ALIAS: | SID#: 01901545  SSN: |
| EMPLOYER: | PHONE NO: . |
| NOTE: | |

OFFICER'S RETURN:

RECEIVED ON _____

EXECUTED ON _____     BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

_____        _____
SHERIFF                        OFFICER

OPERATOR: EDS
PREPARED: 03/07/2019              _New Charges_

**Houston County Jail**
**JAIL PROPERTY RECEIPT**
Seized/Taken Property

Received From: Brown, Brandon Raymond          ID Number: 56262          Receipt Number:          Date: 3/7/2019

| Quantity | Item | Description | Value | Storage Location | Returned Date | Returned To | Receipt #: |
|---|---|---|---|---|---|---|---|
| 1 | Cash | $73 CASH | | | | | 30660 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Pants | jeans | | | | | 30668 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Shirt | blk tank top | | | | | 30668 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Shoes | 1 pair navy blue adidas | | | | | 30668 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Shirt | gray t-shirt | | | | | 30669 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Shirt | vineyard vines dress shirt | | | | | 30670 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Socks | 1 pair blk | | | | | 30670 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Underwear | boxer | | | | | 30670 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Belt | | | | | | 30671 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Cellular Phone | iphone with cracked screen | | | | | 30671 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Hat | gray nike hat | | | | | 30671 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Key(s) | 2 keys | | | | | 30671 |
| Taken Note: | | | | Return Note: | | | |
| 1 | Shirt | univ of al black pullover w/hood | | | | | 30671 |
| Taken Note: | | | | Return Note: | | | |

//////////////////////////////////////// Last Item ////////////////////////////////////////

Official Receiving Property: _____          Date: 03-07-19

Property Taken From: _____          Date: 3-7-69

NOT RESPONSIBLE FOR PROPERTY AFTER RELEASE DATE

Jail Report 289          Page 1 of 1

# INMATE INTAKE FORM

NAME: Brown Brandon R.  # 56262

DATE: 3/7/19  TIME: 10:23

TRANSPORTED BY: DPD Henderson R.

HOLDS: ~~●~~

## RECEIVED FROM INMATE

MONEY: $73 00/00

KNIFE:

## ISSUED TO INMATE

LAUNDRY BAG #:

## WARRANT CHECKS

NCIC: Negative  PER C Trujillo /2

DPD: ✓  PER DPD ✓

MOCHA: Negative  PER J 46

RMS: ✓  PER J

CIVIL PAPERS: ✓  PER J

## NOTES:

t-84 (Rev. 04-10-2014)
OMB-1110-0051

**FINAL DISPOSITION REPORT**

Leave Blank

The FBI's acquisition, preservation, and exchange of identification information is generally authorized under 28 USC 534.   This R-84 is to be used for criminal justice purposes, such as incident to arrests and incarcerations.   The needs and uses for this information is covered in the Fingerprint Identification Records System (FIRS) System of Records Notice (SORN), published in the Federal Register on September 28, 1999.   "A Social Security Account Number (SSAN) is helpful to keep records accurate because other people may have the same name and birth date.   Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency which requests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and what uses will be made of it."
Note: This vital report must be prepared on each subject whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted.   If no final disposition is available from arresting agency, complete left side and forward the form when case is referred to prosecutor and/or courts.
Agency on notice as to final disposition should complete this form and submit to:   **FBI, CJIS Division, Clarksburg, WV 26306.**
(See instructions on reverse side)

FBI UCN

** Final Disposition Date

**Name on fingerprint card submitted to FBI
Last            First            Middle

  BROWN, BRANDON RAYMOND

(The convicting offense STATUTE, SUBSECTION, LEVEL of conviction, and sentencing information is to be included as part of the disposition.   If convicted or subject pleaded guilty to lesser charge, include this information also.)

**Date of Birth _____   Sex ___ M

Disposition Maintenance Indicator (DMI)
☐ Append   ☐ Add   ☐ Replace   ☐ Delete

☐ No Record per: _____

State Bureau No. (SID)          Social Security No. (SOC)

** Form Submitted by ORI Number

  AL0380000

(Name, Title, Agency, City & State)

**Fingerprint Contributor/Arresting Agency ORI  AL0380000

HOUSTON CO SD      DOTHAN AL
Include complete name and location of agency

HOUSTON CO SD
DOTHAN AL

Signature                    Date

Title

Arrest No. (OCA)          **Date Arrested or Received

56262                    03-06-2019

☐ COURT ORDERED EXPUNGEMENT
Certified or Authenticated Copy of Court Order Attached.

**Offenses Charged at Arrest

03-06-2019   2305
LARC FROM AUTO-
UNLAWFUL BREAKING ENTERING MOTOR VEHICLE

Subject's Relationship to Victim:
☐ Current or former spouse of victim (can be same sex)
☐ Guardian of victim
☐ Person is cohabiting or has cohabited as spouse of victim (can be same sex)
☐ Person is cohabiting or has cohabited as parent of victim
☐ Person similarly situated to spouse (can be same sex)
☐ Person similarly situated to parent of victim
☐ Other_____

☐ Parent/Stepparent of victim
☐ Child in common (child must be born)
☐ Person is cohabiting or has cohabited as guardian of victim
☐ Person similarly situated to guardian of victim

IDX TP5300 000823

LEXMARK   MS810dn   6604HBV 20190307   12:09:0



LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY          L. THUMB     R. THUMB          RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# INSTRUCTIONS

1. The purpose of this report is to record the initial data of a subject's arrest and secure the final disposition of the arrest at the earliest possible time. The SUBJECT'S NAME, CONTRIBUTOR AND ARREST NUMBER should be exactly the same as submitted at the time of arrest. The FBI number should be indicated, if known. The agency ultimately making final disposition must complete and submit form to their designated state or federal agency.

2. The arresting agency should fill in all arrest data on left side of form as the contributor of the fingerprints. The arresting agency ORI should be placed in the appropriate block. If the arrest is disposed of by the arresting agency, as where the arrestee is released without charge, the arresting agency must fill in this final disposition and mail form to their designated agency. Of course, if the final disposition is known when the arrest fingerprint card is submitted, it should be noted on the fingerprint card and this form is then unnecessary. In the event the case goes to the prosecutor, this form should be forwarded to the prosecutor with arrestee's case file.

3. The prosecutor should complete the form to show final disposition at the prosecution level if the matter is not being referred for court action and submit form directly to their designated agency. If court action is required, the prosecutor must forward form with case file to court having jurisdiction.

4. The court should complete this form as to final court disposition such as when arrested person is acquitted, case is dismissed, conviction/sentence imposed or suspended, or person placed on probation.

5. When arrested person is convicted or pleads guilty to a lesser or different offense than when originally arrested, this information should be clearly indicated.

6. If court disposition is associated with a misdemeanor crime of domestic violence, select the appropriate box demonstrating the relationship of the subject to the victim, and attach the police/incident report/court record to this form. If other is selected, please provide the description of the relationship to the victim in the space provided.

7. If subsequent action is taken to seal or expunge record, attach certified or authenticated copy of court order to this form.

8. If the disposition was destroyed, purged, or is no longer available, please check the "No Record" box and indicate agency.

9. It is vitally important for completion of subject's record in the FBI Criminal Justice Information Services Division files that Final Disposition Reports be submitted in every instance where fingerprints were previously forwarded without final disposition noted.

10. Submission of flat capture fingerprint impressions is optional.

11. Asterisks indicate mandatory fields, but all known data should be provided.

HCJ INMATE NUMBER: 56262

# HOUSTON COUNTY SHERIFF'S OFFICE
# JAIL DOCKET DIVISION
# HOLD INFORMATION SHEET

## TRANSFER INMATE HOLD INFORMATION

Date:   06-21-19

Please place a detainer on **BROWN, BRANDON RAYMOND** (DOB:
pending his release from **COFFEE COUNTY AL JAIL** to be
transferred to the following agency(s):

**HOUSTON COUNTY ALABAMA JAIL**

**PLEASE RETURN THIS SUBJECT TO THE HOUSTON COUNTY
JAIL. HE HAS NOT SETTLED HIS CASES WITH OUR OFFICE.**

**THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.**

**RECORDS DEPUTY**

RECEIVING OFFICER'S SIGNATURE X _____ C/D Aharon Mccollough

**ALABAMA UNIFORM ARREST REPORT**

| DOMESTIC VIOLENCE ☐ | Fingerprinted ☐ Yes ☐ No | R84 Completed ☐ Yes ☐ No |
|---|---|---|
| DUAL ARREST ☐ | | |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # AL0380100 | 2 Agency Name Dothan Police Department | 3 Case # 01-17-003315 | 4 SFX 1 |
|---|---|---|---|

| 5 Last, First, Middle Name BROWN, BRANDON RAYMOND | 6 Alias AKA BROWN, BRANDON RAYMOND |
|---|---|

| 7 Sex ■M ☐F | 8 Race ■W ☐B ☐A ☐I | 9 Ethnicity ☐Hispanic ■Other Non-Hispanic | 10 Hgt 5'09" | 11 Wgt 140 | 12 Eye BLU | 13 Hair BRO | 14 Skin MED | 15 ☐Scars ☐Marks ☐Tattoos ☐Amputations |
|---|---|---|---|---|---|---|---|---|

| 16 Place of Birth (City, County, State) | 17 SSN | 18 Date of Birth | 19 Age 30 | 20 Miscellaneous ID # |
|---|---|---|---|---|

| 21 SID# | 22 Fingerprint Class | | | | | | 23 DL # | 24 St AL |
|---|---|---|---|---|---|---|---|---|
| | | Key | Major | Primary | SCDV | Sub-Secondary | Final | |
| 25 FBI # | Henry Class | | | | | | | |
| | NCIC Class | | | | | | | ents |

| 27 ■Resident ☐Non-Resident | 28 Home Address (Street, City, State, Zip) | 29 Residence Phone | 30 Occupation (Be Specific) Laborer |
|---|---|---|---|

| 31 Employer (Name of Company/School) Unemployed | 32 Business Address (Street, City, State, Zip) | 33 Business Phone |
|---|---|---|

## ARREST

| 34 Location of Arrest (Street, City, State, Zip) | 35 Sector # | 36 Arrested for your Jurisdiction? ■In State ☐Out of State Agency | ■Yes ☐No |
|---|---|---|---|

| 37 Condition of Arrestee: ☐Drunk ☐Drinking | ☐Sober ☐Drugs | 38 Resist Arrest? ☐Yes ■No | 39 Injuries? ■None ☐Officer ☐Arrestee | 40 Armed? ☐Yes ■No | 41 Description of Weapon ☐Handgun ☐Rifle ☐Shotgun ☐Other Firearm ☐Other Weapon |
|---|---|---|---|---|---|

| 42 Date of Arrest 02/12/2017 | 43 Time of Arrest 11:44 ■AM ☐PM | 44 Day of Arrest S M T W T F S | 45 Type of Arrest? ■On View ☐Warrant ☐Cite | 46 Arrested Before? ■Yes ☐No ☐Unknown |
|---|---|---|---|---|

| 47 Charge - 1 ☐Fel ■Misd Possession of Drug Paraphernalia | 48 UCR Code 3550 | 49 Charge - 2 ☐Fel ■Misd Possession of a Controlled Substance | 50 UCR Code 3572 |
|---|---|---|---|

| 51 State Code/Local Ordinance 13A-12-260 | 52 Warrant # | 53 Date Issued | 54 State Code/Local Ordinance 13A-12-212 | 55 Warrant # | 56 Date Issued |
|---|---|---|---|---|---|

| 57 Charge - 3 ☐Fel ☐Misd | 58 UCR Code | 59 Charge - 4 ☐Fel ☐Misd | 60 UCR Code |
|---|---|---|---|

| 61 State Code/Local Ordinance | 62 Warrant # | 63 Date Issued | 64 State Code/Local Ordinance | 65 Warrant # | 66 Date Issued |
|---|---|---|---|---|---|

| 67 Arrest Disposition ☐Held ☐Bail ☐Released ☐Tot-LE ☐Other | 68 If Own On Release What Type? | 69 Arrested with (1) Accomplice (Full Name) |
|---|---|---|
| | | 70 Arrested with (2) Accomplice (Full Name) |

## VEHICLE

| 71 VYR | 72 VMA | 73 VMO | 74 VST | 75 VCO Top Bottom | 76 Tag # | 77 LIS | 78 LIY |
|---|---|---|---|---|---|---|---|

| 79 VIN | 80 Impounded? ☐Yes ☐No | 81 Storage Location/Impound # |
|---|---|---|

| 82 Other Evidence Seized/Property Seized |
|---|

## JUVENILE

| 83 Juvenile Disposition | ☐Handled and Released ☐Ref to Juvenile Court | ☐Ref to Welfare Agency ☐Ref to Other Police Agency | ☐Ref to Adult Court | 84 Released To |
|---|---|---|---|---|

| 85 Parent or Guardian (Last, First, Middle, Name) | 86 Address (Street, City, State, Zip) | 87 Phone |
|---|---|---|

| 88 Parents Employer | 89 Occupation | 90 Address (Street, City, State, Zip) | 91 Phone |
|---|---|---|---|

## RELEASED

| 92 Date and Time of Release | ☐AM ■Mil ☐PM | 93 Releasing Officer Name | 94 Agency/Division | 95 ID# |
|---|---|---|---|---|

| 96 Released To | 97 Agency/Division | 98 Agency Address |
|---|---|---|

| 99 Personal Property Released to Arrestee ☐Yes ☐No ☐Partial | 100 Property Not Released/Held At: | 101 Property # |
|---|---|---|

| 102 Remarks (Note Any Injuries at Time of Release) |
|---|

| 103 Signature of Receiving Officer | 104 Signature of Releasing Officer | Local Use | State Use |
|---|---|---|---|

| MULTIPLE CASES CLOSED | 105 Case # | 106 SFX | 107 Case # | 108 SFX | 109 Case # | 110 SFX | 111 MULTI-CASES CLOSED CONTINUATION ☐Yes ■No |
|---|---|---|---|---|---|---|---|

| 112 Arresting Officer (Last, First, M.) Kevin R. Moore | 113 ID # 1116 | 114 Assisting Officer (Last, First, M.) Jason S. Weed | 115 ID # 478 | 116 Supervisor Jason S. Weed   ID # 478 | 117 Watch Cmdr. Charles S. Heath   ID # 367 |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC -06-06

## WARRANT FACT SHEET

**CASE NUMBER:** 1-17-003315          **WR 2017**
**DEFENDANT:** Brown, Brandon Raymond
**ADDRESS:**
**DOB:** (          **SSN:**
**RACE:** White    **SEX:** Male
**HT:** 5'09"        **WT:** 140        **HAIR:** BLK              **EYES:** BRO
**PHONE:**         **ID:** AL – 7846565

**CHARGE:** Possession of Drug Paraphernalia
**BOND REQUEST:** $500
**VICTIM'S NAME:** State of Alabama

### WITNESSES

| NAME | ADDRESS | PHONE |
|------|---------|-------|
| 1. Inv. Timothy M. Traynham | Dothan P.D. | |
| 2. Ofc. K. Moore | Dothan P.D. | |

**DETAILS:**  On February 12, 2017 Officer Moore was dispatched to                              due to a 'person down' call. Upon arrival they found Brandon Brown being evaluated by rescue. Brown gave elusive answers and refused medical treatment. During his contact with medical staff Brown was observed attempting to use his body to shield a small black zippered case. Moore received verbal consent to search the vehicle and a used syringe was recovered along with a small glass vial containing a clear liquid. In the driver side cup holder a red and blue capsule with the markings 'S489 70 mg' was recovered. Utilizing drugs.com the pill was identified as Vyvanse 70 mg (lisdexamfetamine). During a post-Miranda field interview Brown stated he was a methamphetamine addict and ingest intravenously. Brown denied ownership of the pill and stated he is strictly a meth addict. The drug evidence will be forwarded to A.D.F.S. for analysis.

**INVESTIGATOR:** Officer Timothy M. Traynham
**WARRANT OBTAINED BY:** Officer Timothy M. Traynham          **DATE:**

SIGNATURE                              **SWORN TO AND SUBSCRIBED BEFORE**
                                       **ME THIS**          **day of February, 2017.**


_____
          **JUDGE, CLERK, MAGISTRATE**

# WARRANT FACT SHEET

**CASE NUMBER:** 1-17-003315        **WR 2017**
**DEFENDANT:** Brown, Brandon Raymond
**ADDRESS:**
**DOB:**        **SSN:**
**RACE:** White    **SEX:** Male
**HT:** 5'09"      **WT:** 140      **HAIR:** BLK        **EYES:** BRO
**PHONE:**        **ID:** AL – 7846565

**CHARGE:** Unlawful Possession of a Controlled Substance – lisdexamfetamine
**BOND REQUEST:** $2,500
**VICTIM'S NAME:** State of Alabama

## WITNESSES

| | NAME | ADDRESS | PHONE |
|---|---|---|---|
| 1. | Inv. Timothy M. Traynham | Dothan P.D. | |
| 2. | Ofc. K. Moore | Dothan P.D. | |

**DETAILS:** On February 12, 2017 Officer Moore was dispatched to        due to a 'person down' call. Upon arrival they found Brandon Brown being evaluated by rescue. Brown gave elusive answers and refused medical treatment. During his contact with medical staff Brown was observed attempting to use his body to shield a small black zippered case. Moore received verbal consent to search the vehicle and a used syringe was recovered along with a small glass vial containing a clear liquid. In the driver side cup holder a red and blue capsule with the markings 'S489 70 mg' was recovered. Utilizing drugs.com the pill was identified as Vyvanse 70 mg (lisdexamfetamine). During a post-Miranda field interview Brown stated he was a methamphetamine addict and ingest intravenously. Brown denied ownership of the pill and stated he is strictly a meth addict. The drug evidence will be forwarded to A.D.F.S. for analysis.

**INVESTIGATOR:** Officer Timothy M. Traynham
**WARRANT OBTAINED BY:** Officer Timothy M. Traynham      **DATE:**

_(signature)_ 735
**SIGNATURE**

**SWORN TO AND SUBSCRIBED BEFORE
ME THIS**    **day of February, 2017.**

_____
**JUDGE, CLERK, MAGISTRATE**

M

|  | | |
|---|---|---|
| **HEARING NO LATER THAN** | **MAY** | **1** | **2019** |

**INMATE NAME** — BROWN, BRANDON

**INMATE NUMBER** — 56262

**INCIDENT NUMBER** — 5746

**RECORDING NUMBER** — 10

**INMATE**    **WILL**            **WILL NOT**    √    **APPEAL.**

**SHERIFF  ACTION**            **SIGNATURE & DATE**    Valang - 5/6/2019

**JAIL COMMANDER ACTION**            **SIGNATURE & DATE**    K. Moore 9/2/19

**APPEAL APPROVED**            **APPEAL DISAPPROVED**

**OTHER (SPECIFY)** _____

**REASON IF MORE THAN 30-CALENDAR DAYS DELAY IN ACTION**

_____

**APPEAL FORM SENT TO INMATE** _____

**APPEAL FORM RECEIVED FROM INMATE** _____

I hereby certify that a completed copy of the foregoing disciplinary report

was served on            **MAY**   1st                    **2019**

_____
**R. PHILLIPS**
Serving Officer Signature

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer     **R. PHILLIPS**    Hearing Date _____5-1_____   **2019**   Time _____0840____ hours
                  **Name & Rank**

              Hearing adjourned _____5-1_____   **2019**   Time _____0846____ hours

The proceeding is to hear evidence in the case involving inmate:     **SEE COVER SHEET**

1  The inmate has been identified and is currently assigned to the Houston County Jail.

2  The accused was present before the hearing officer.

3  The hearing officer explained to the inmate that he/she is being charged with
   violation of Houston County Rules & Regulations number(s) and date and time of occurance.

4  The inmate was advised that a hearing on the charges would be held within 3 to 7 calendar days
   excluding weekends and holidays from service of the Disciplinary Report.  The hearing officer
   explained that according to due process requirements, he/she must be given at least 24-hours
   notice prior to the hearing.

5  The hearing officer advised the inmate they were given the opportunity to have witnesses
   on their behalf (normally no more than 3 witnesses with relevant testimony will be called to
   testify on behalf of the inmate).

6  The hearing officer asked the inmate if they understood the due process and the charge against
   them and if they were of the opinion that due process requirements have been complied with
   and the inmate answered     **[ YES ]**     NO

7  The hearing officer made the determination that the inmate     **[ IS / ]**    IS NOT
   capable of representing themselves.  (Hearing officer signs disciplinary report)

8  The hearing officer asked the inmate how they plead to charge(s), and they stated
   NOT GUILTY    / GUILTY

9  The hearing officer summons the Arresting Officer, inmate and all witnesses into the hearing room.
   The Arresting Officer's testimony may be in the form of a written statement, if not present.

10  The following witnesses were not called:            Reason not called:
    SEE ATTACHED SHEETS                   SEE ATTACHED SHEETS

11  The inmate was allowed to submit written questions to all witnesses.

    QUESTIONS & ANSWERS ARE ATTACHED            NONE WERE SUBMITTED

12  I certify that I have reviewed the synopsis and it has been determined a complete and accurate description
    of what transpired in the hearing room.
                                        R.PHILLIPS
                                 HEARING OFFICER SIGNATURE

## Houston County Jail
## Disciplinary Report

**Name:**  Brown, Brandon Raymond                              **ID Number:**  56262

**Disciplinary Process #:**  19-0000000454        **Incident #:** 00005746        **Housing Location:**  M01-02

**Violation Date:** 04/20/2019     **Violation Time:**  10:13    **Plea:** Guilty                    ☐ **Waive Right to Hearing**

**Served Date:**     05/01/2019 00:00     **Served By:**        Phillips, 38J57, R - 843

**Rules Violations:**
Rule 04 - Rule 4 - Inmates shall not behave in any manner that is disrespectful to themselves or any other person. Inmates shall not attempt to manipulate any persons or jail activities.| Rule 10 - Rule 10 - Inmates shall not interfere with sheriff's office personnel. Inmates shall not disobey any order or instruction given by sheriff's office personnel.

**Sanctions: Major**
Disciplinary separation for a period not to exceed 30 days| Disciplinary separation for a period of 45 days| Loss of good conduct| Loss of privileges for a period not to exceed 30 days| Removal from work details program

**Loss Privileges:**
Commissary| Telephone privileges| Visitation

**Notes:**

**Days to be served in disciplinary separation:** 10        **Beginning Date:** 05/01/2019        **Ending Date:**     05/10/2019

**Offender's Signature:** _____        **Date/Time:** _____

**Housing Unit Officer:** _____        **Date/Time:** _____

**Hearing Date/Time:**     05/01/2019   14:08        ☑ **Guilty:**

**Evidence relied on for finding of guilt:**
INMATE BROWN, BRANDON PLEAD GUILTY TO BEING DISRESPECTFUL TO TRINITY KITCHEN WORKER MS HOWARD. INMATE BROWN WILL NOT BE ELIGIBLE TO WORK IN THE KITCHEN FOR THE REMAINDER OF THE TIME SPENT IN HCJ. INMATE BROWN IS IN VIOLATION OF HCJ RULES.

**Hearing Notes:**

**Hearing By:**
Phillips, 38J57, R - 843

5-1

# Jail Incident Report

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 00005746 | | 04/20/2019 10:36 |

| Date and Time of Incident | Date and Time Reported | ReportedBy |
|---|---|---|
| 04/20/2019 10:13 | 04/20/2019 10:13 | Jones, 38J41, W |

**Location of Incident**
KITCHEN

**Offenses**

Rule 04   Rule 4 - Inmates shall not behave in any manner that is disrespectful to themselves or any other person. Inmates shall not attempt to manipulate any persons or jail activities.

Rule 10   Rule 10 - Inmates shall not interfere with sheriff's office personnel. Inmates shall not disobey any order or instruction given by sheriff's office personnel.

**Offenders**

Brown, Brandon Raymond - 56262

**Victims**

**Witnesses**

**Complainants**

Jones, 38J41, W - 818

**Others**

**Incident Narrative**

AT APPROX 1010 HOURS ON SATURDAY, APRIL 20TH, 2019, TRINITY KITCHEN SUPERVISOR HOWARD CALLED THE SUPERVISOR'S OFFICE AND SAID THAT INMATE WORKER BRANDON BROWN NEEDED TO BE REMOVED FROM THE KITCHEN IMMEDIATELY. SHE SAID THAT HE DISRESPECTED HER, CALLING HER A FAT BITCH AND CURSING AT HER WHILE REFUSING TO WORK AS ORDERED. INMATE BROWN WAS REMOVED FROM THE KITCHEN AND REASSIGNED TO M-POD AWAITING A DISCIPLINARY HEARING. EOS

| Approving Official Name | Reporting Official Name |
|---|---|
| *Lt. Jones* | *Lt. Jones* |
| Jones, 38J41, W | Jones, 38J41, W |

dent: 4-20-19

Time of Report:

Time of Incident: 10:14

Name and ID: Jones

Page:            of

ture:

Supervisor: Howard
(Signature)

Supervisor: Lt. Jones
(Signature)

Unmate Brandon Brown called
me out my name by saying fat Bitch.
Walk away from the office door
Calling me other names as he was
walking off. Came to the office
door ask about what time it was
and I told him his break up
should be working not worry
about time. He got mad I
started talking about other
inmate in the Kitchen. Then
went to calling me out my
name. He need be Remove
from the Kitchen period. Just
about two weeks ago he was
calling another inmate a Nigger.
                    Thanks
                    Mrs. Howard

JailATM™                                                                                                    Page 1 of 1

 **Lockdown Officer Client**

Back    My Account    Log Out

### Commissary Request created 4/8/2019

**Current Status: Closed**

**Issue ID:** 14861445
**Created by:** 56262 Brandon Brown ( Current Location: E FL 08 )
**Assigned to:** None
Status History   Back to My Issues   Print Issue

Comment    Sort Ascending

**Inquiry Text**                                                                          **Officer Comments**

*Phillips on 04/09/2019 08:50 AM*

PLEASE BE PATIENT WE ARE WORKING ON A NEW SCHEDULE FOR
KITCHEN. IT WILL BE SHORTER SHIFTS AGAIN. WE ARE IN THE PROCESS OF
CHANGING THE SHIFTS AND HOURS. IF YOU DO NOT WANT TO WORK IT IS
OK THEY WILL NOT BE LOCKDOWN TIME YOU WILL JUST RETURN TO A-H

*56262: Brandon Brown E FL 08 on 04/08/2019 09:08 PM*

LT TRAWICK- can i please get a job change i am tired of workin 15 hours a day
gettin talked to like im a retard i work hard and do what im told and still get no
resp3ct from thoes ladys its rediculous im a beast at 3rd shift trayss aka pm
dishwasher i voulenteer eryday

All times are displayed in Central Time (US & Canada).

JailATM™ ©2019 Tech Friends, Inc.

JailATM™                                                                    Page 1 of 1

 **Lockdown Officer Client**

Back   My Account   Log Out

### Grievance Issues created 4/9/2019

**Current Status: Closed**

Issue ID: 14862527
Created by: 56262 Brandon Brown ( Current Location: E FL 08 )
Assigned to: None
Status History | Back to My Issues | Print Issue

Comment | Sort Ascending

**Grievance Text**                                              **Officer Comments**

*Downs on 04/16/2019 10:31 AM*

THIS WILL BE LOOKED INTO WITH THE KITCHEN SUPERVISORS. IF YOU ARE
WANTING A JOB CHANGE THAT HAS TO BE APPROVED THROUGH THE
INMATE WORKER REQUEST TAB. IT CAN NOT BE APPOVED THROUGH THE
GRIEVANCE TAB.

*56262: Brandon Brown E FL 08 on 04/09/2019 12:51 AM*

LT TRAWICK--- MY GEREVENCE ISSUEi work 15 hours a day do what im told qnd
get talked to like a dog and i cant get a job change but others get kick4d out kitchen
for various rules they brake and they get job change i asked for not mpod... pleSE
EXPLAINway i see it now is brake rules get what u want

All times are displayed in Central Time (US & Canada).

JailATM™ ©2019 Tech Friends, Inc.

JailATM™                                                                                                Page 1 of 1

 **Lockdown Officer Client**

Back    My Account    Log Out

## Commissary Request created 6/4/2019

**Current Status: Closed**

**Issue ID:** 15606735
**Created by:** 56262 Brandon Brown ( Current Location: E FL 08 )
**Assigned to:** None
Status History   Back to My Issues   Print Issue

Comment      Sort Ascending

**Inquiry Text**                                                         **Officer Comments**

*Phillips on 06/07/2019 03:58 PM*

NO WAS FIRED FROM KITCHEN ON 4/20/19

*56262: Brandon Brown E FL 08 on 06/04/2019 08:00 PM*

was i approved trustee

All times are displayed in Central Time (US & Canada)

JailATM™ ©2019 Tech Friends, Inc