# EXHIBIT B

# Houston County Jail Inmate Handbook

# Houston County Jail
## 901 East Main Street – Dothan, AL 36301

### STATEMENT OF INMATE RULES

Order is essential to the safe and secure operation of the Jail. Inmate Rules describe the expected behavior of all inmates. Inmates found in violation of rules shall be subject to disciplinary action and/or criminal action depending on the type of violation.

### OWNERSHIP OF THE INMATE RULE BOOK

This copy of the inmate rules is the property of the Houston County Jail and shall be returned, in good condition, at time of release. Inmates who damage or fail to return their issued copy of the rules will be charged $5.00.

### NOTIFICATION OF CROSS GENDER SUPERVISION

The Houston County Jail is cross gender supervision. Male deputies will supervise female inmates and female deputies will supervise male inmates. Inmate will wear their jail uniform at all times except when showering or when the uniform is being washed by the Jail.

### LIST OF RULES REVISED 08-24-2015

1. Uniforms shall be worn at all times to include, but not limited to, while in cells, recreation yards, and while sleeping at night. The uniform shall be worn with the wording "Houston County Jail" on the outside and the uniform shall be buttoned completely. Inmates issued two-piece uniforms, whites or oranges, will wear the pants up around their waist with t-shirt and over shirt tucked into the pants. Inmates shall not conceal their hands or arms inside of their uniform. Possession of free world clothing is prohibited.
2. Inmates shall not place any object in the jail doors or "bean holes" to keep them open, prevent locking, or allow such a condition to exist. All inmates assigned to a cell shall be held responsible for any cell violations.
3. Inmates shall not place any paper product, other type product, or writings on or over cell or dayroom windows, vents, doors, lights, bunks, tables, or walls, or allow such a condition to exist. All inmates assigned to a cell shall be held responsible for any cell violations. Inmate cups shall not be placed on dayroom windows or left on the floor, but may be on a dayroom table or in the inmate storage bag when the inmate is not using the cup. Cleaning solution bottles that need refilled shall be set on the dayroom floor by the pod door.
4. Inmates shall not behave in any manner that is disrespectful to themselves or any other person. Inmates shall not attempt to manipulate any persons or jail activities.
5. Inmates shall not fight, assault, attempt to assault, or perform any act that may endanger themselves or any other person. For purposes of this rule, there is no such thing as self-defense.
6. Inmates shall not possess or attempt to possess damaged or stolen property, nor shall they waste, abuse, damage or steal property to include flushing anything other than toilet paper.
7. Inmates shall not take or incite any action that may threaten the safety or order of the Jail.
8. Inmates shall not commit any sexual act or exhibit their body in any sexual, suggestive way, or in any way that is likely to embarrass any other person. Violators shall be charged with sex crimes as appropriate and upon conviction may be required to register as a sex offender.
9. Inmates shall not possess or attempt to possess contraband on their person, in their cell, or under their control; possession defined herein, shall include testing positive for drugs or alcohol.
10. Inmates shall not interfere with sheriff's office personnel. Inmates shall not disobey any order or instruction given by sheriff's office personnel.
11. Inmates shall not leave their authorized area unless directed to do so by sheriff's office personnel. Inmates shall only enter their assigned cell and shall not enter any other cell.
12. Inmates shall not wear anything covering their hair or head or have any type of shoelace.
13. Inmates shall not touch or place any item on any sprinkler head or allow such a condition to exist. All inmates assigned to a cell shall be held responsible for any cell violations.
14. Inmates shall not press the in cell or pod call buttons except in case of an emergency. An emergency is defined as anything that immediately affects the life, safety, or health of the inmate or the security and safety of the facility.

15. Inmates shall not pass any item from one inmate, cell, or pod to another or ask sheriff's office personnel to pass any item.
16. Inmates shall not have money in the pods or on their persons. Inmates shall not engage in any wager for any reason.
17. Male inmates shall have hair no longer than one (1) inch from the scalp. Facial hair shall be no longer than one-half (1/2"). Haircuts and shaves are mandatory and cannot be refused.
18. Female inmates shall have hair no longer than collar length. No special hairstyles permitted. Haircuts are mandatory and cannot be refused.
19. Inmate's fingernails shall be clipped to the tip of the finger.
20. Inmates shall shower at least once each day, including washing their hair and changing clothes.
21. Food service inmates shall wear a clean set of whites daily. Shirts shall be tucked in at all times, except when in the kitchen.
22. Inmates shall wear their identification arm bands at all times. Inmates must immediately submit a request, using the in pod kiosk, for an armband anytime theirs becomes damaged or illegible.
23. Inmates shall maintain their cells and common areas in a clean, sanitary, and orderly condition. All commissary item wrappers and drink bottles are to be thrown away in the dayroom trash can after use and shall not be used for any other purpose. Commissary items should be stored in the inmate's issued storage bag. Inmates shall not keep the plastic bag that commissary items are delivered in. All inmates housed in a cell shall be required to keep the cell clean and free of trash and debris. All trash shall be removed from cells at each roll-out. All inmates assigned to a cell shall be held responsible for any cell violations.
24. Inmates shall promptly roll-in and roll-out as directed. Inmates shall take all property into their cell whenever roll-in is announced. An item left in a dayroom is abandoned property and will be disposed of. Inmates assigned to day room access shall remain on their bunk at all roll-in times. An inmate who fails to roll-out or is locked in their cell will remain in their cell until the next roll-out time.
25. Inmates shall remain three feet from all windows and doors. Inmates shall not touch windows or strike any object to create any noise that may distract from jail operation.
26. No item of any type will be hung or displayed anywhere in pod dayrooms.
27. Inmates shall not hang, swing, climb on, or sit upon any railing or stairs. This includes using the railings, stairs, or top tier ledge to do pull-ups or any other form of exercise.
28. Whenever an inmate count is called for, all inmates shall immediately line up by their cell door and remain there until told by sheriff's office personnel that the count is completed. If inmates are in their cell during counts they shall sit on their bunk and shall not be standing at the cell window during counts.
29. Inmates assigned to pods I, J and N shall remain out of the bathroom cell unless using the bathroom. There shall only be one inmate in the bathroom cell at any time.
30. Inmates shall not ask questions during medication pass. All medications given to the inmate must be taken immediately upon receiving the medication.
31. Inmates shall not lie on cell or dayroom floors or be under any bunk at any time. Inmates may lie on their bunk and cover themselves with their blanket during any roll-in unless told not to by sheriff's office personnel. Mats shall remain flat on the bunk and fully in the mat tray at all times.
32. Inmates shall not tamper with the television or its cords to include turning the TV on/off or adjusting the volume. Only sheriff's office supervisors may change television channels.
33. Inmates shall not bring their laundry bag out of their cell except as directed by sheriff's office personnel for purpose of laundry pickup. Inmates may bring their storage bag out during roll-out with their personal items, commissary items, one clean change of underwear, t-shirt, socks, towel, bath cloth and necessary hygiene items. After showering all soiled items, towel, and bath cloth shall be stored in the storage bag until the next roll-in period.
34. When inmates are out of their pod moving from one area of the jail to another the inmates shall walk with their hands at their sides. Inmates shall not talk, gesture, or otherwise attempt to communicate with any other inmate.
35. Any DOC inmate in the Houston County Jail, who violates any rule and goes into disciplinary segregation, will serve their entire segregation period before returning to their DOC facility.

## DAILY SCHEDULE

Roll-In/Roll-Out times are posted in the pods. Inmates will remain out of their cells and off their bunks during roll-out times. Inmates housed in Weekend dorm, Trustee dorm, and O pod will remain in the downstairs dayroom and off their bunks during roll-out times unless directed to do otherwise by sheriff's office personnel.

Unless otherwise directed by sheriff's office personnel, inmates shall shower only during the following hours:      8:00 A.M. – 1:30 P.M. and 4:30 P.M. to 8:30 P.M.

Religious services are held as scheduled by the Jail Commander or Chaplain.

Meals will be served at the following times:
- Breakfast:   Approximately  6:15 A.M.
- Lunch:       Approximately 11:00 A.M.
- Supper:      Approximately  6:15 P.M.

Each inmate must be in line to receive a tray and each inmate is responsible for getting his or her own tray. Inmates must have on their armband to receive a food tray. Each inmate must bring their issued cup if they want to receive a beverage. No food shall be kept from a meal tray.

## ITEMS ALLOWED

**Items Issued (1 each)**: Inmates are charged for hygiene items issued to them.

| Uniform | Mattress | Blanket | Laundry bag | Bath cloth |
| Towel | Shower slides | Drinking cup | ID Armband | Hygiene pack |

Green or blue storage bag (referred to in the rules as a storage bag)

**Additional Clothing Items Allowed**: Inmates may purchase items off the commissary but they may not possess more than the number of items listed as follows:
- Undergarments, 4 pair, solid white only
- Socks, 4 pair, solid white only
- T-shirts, 4, solid white only (no pockets and no tank tops)
- White thermal underwear, 1 set
- Shower shoes (flip-flops), 1 pair
- Tennis shoes, 1 pair, jail issue or commissary purchase only, no laces of any sort
- Bras, 3, solid white with no under wire (Female inmates only)

**Additional Hygiene Products Allowed (two each)**
- Bar soap • Shampoo • Hair grease/gel

**Other Items Allowed**
- Privileged papers limited to storage in one privileged papers container.
- Personal letters, other papers, and answered request and grievance forms (not to exceed 20 pages)
- 2 legal pads
- 25 envelopes with stamps
- 2 jail pencils or commissary purchased pens
- 3 soft cover books (See the library rules.)

## COMMISSARY PURCHASES

Inmates who have money on deposit may purchase up to $50 of commissary per week. Indigent inmates must order their hygiene products through the commissary. Indigent inmates will have the cost of the indigent hygiene pack debited against their commissary account. Indigent hygiene delivery is every other week. Inmates with commissary funds are not indigent under these rules and must purchase their own hygiene items to include toilet paper and feminine hygiene products.

Kiosks in each pod must be used to place commissary orders each week.

**Directions for use of the kiosk**
1. Enter your inmate number
2. Enter your date of birth (MM-DD-YEAR)
3. When the fingerprint area appears on the screen, press any finger in the area and then lift it. Follow the instructions until the fingerprint successfully scans. Inmates must use the same finger each time they log in.

If any inmate damages the kiosk or in any way causes the kiosk to become inoperable the Jail will:
1. Charge the inmate criminally with Felony Destruction of Property by Convict or Prisoner and begin jail discipline procedures.
2. Assess a fine for the full amount of the damages.

Cash, debit cards, and credit cards may be used to make deposits in the lobby kiosk at any time. Funds must be deposited by 4 P.M. on Sunday to ensure availability for order processing on Monday.

Inmates found to be obtaining commissary items for other than their own personal use (e.g. running a store or ordering items for other inmates) shall have their commissary privileges permanently changed to hygiene only. Inmates in possession of commissary items must have a receipt to verify their purchase of the items.

If an inmate commissary order is missing an item the Jail will notify the commissary company to refund the inmate account the cost of the missing item. Refunds may take up to 60 calendar days. Inmates shall not submit inmate request forms asking about the status of their refund unless it's been longer than 60 days. An inmate who submits a request any sooner than 60 days will be disciplined.

Inmates may purchase over the counter (OTC) medications from the commissary. Inmates shall not have more than 10 sealed packets of each type of OTC medication. If a packet is open, the inmate must take all the contents of the OTC packet. Open packets of OTC medications are contraband.

## CONTRABAND

Items not listed as allowed by these rules are prohibited and therefore contraband. Any item or object modified or changed from its original condition is contraband. All contraband items and their carriers shall be seized, documented, and disposed of.

## TELEVISION

Television is a privilege. See rule #32 for more information regarding televisions in the jail.

## CELL ASSIGNMENTS

Inmates shall not change or attempt to change their cell, bunk, or dayroom assignment on their own. Inmates must return to their assigned cells at all roll-in times. Sheriff's office personnel may change an inmate's cell, bunk, or dayroom assignment as necessary to meet the needs of the Jail.

## JAIL LIBRARY

Library books are a privilege. Library books are usually available once a week at the discretion of sheriff's office personnel assigned to library duty. Inmates may check out one book per week and may only have one library book at a time. An inmate who fails to turn in, or damages a library book that they have checked out, will be charged $5.00 for the book. Library books count toward the three books inmates may have in the cell.

## BOOKS FROM THE PUBLISHER

Inmates may order, from a publisher only, one approved book every three months. The inmate is responsible for all purchase and shipping fees. The Jail shall not pay any fees from inmate commissary. The inmate shall notify the chaplain by inmate request of the title of the book they want to order, and from which publisher. The chaplain will review and approve or deny the book. If an inmate orders a book without pre-approval the book will automatically be rejected and returned to the publisher. Rejected materials shall not be stored by the Jail nor placed into inmate property. As per inmate rules Page 3, Other Items Allowed, inmates may only have a maximum of 3 books at any time.

## INMATE WORKERS

### Requirements for inmate workers
1. Working is a privilege, not a right, and an inmate may be denied the privilege of working.
2. Convicted inmates shall work as allowed. Non-convicted inmates may volunteer to work as allowed.
3. All inmates must be medically approved to work.
4. The Jail Commander or his designee must approve all inmate workers.

### Rules of Inmate Workers

Inmates who work will sign an Inmate Worker Contract. An inmate who violates the contract will lose their worker status.

## TELEPHONE CALLS

1. Inmates may only make calls using the inmate telephone system located in the dayroom. By using the inmate telephone system the inmate has given their consent for calls to be recorded and/or live monitored.
2. Inmates shall not use or attempt to use any telephone other than telephones of the inmate telephone system. Inmates shall not use another inmate's telephone identification number.
3. Upon written request by an inmate, jail staff may call a bonding company of the inmate's choice.

## VISITATION RULES
### ALL INMATE VISITATION, EXCEPT ATTORNEY-CLIENT PRIVILEGED VISITS, SHALL BE RECORDED AND/OR LIVE MONITORED.

The Houston County Jail is a non-contact visiting jail. Only attorneys meeting in private conference with their inmate clients may be allowed contact visits.

The Houston County Jail utilizes a video visitation system provided by Legacy Inmate Communications. Inmate friends and family may schedule visitation over the internet or they may use the scheduling kiosk located in the jail lobby.

Inmates will be allowed two free on site video visitations per month. After that all on site visitations will be paid visitations. All off site video visitations conducted over the internet will be pay visits.

The person who sets up the video visitation will be responsible for payment of all fees.

Each inmate should check the video visitation kiosk after each roll-out to see if they have any visitations scheduled. Inmates will be allowed one video visitation per day and the visit may be up to 30 minutes long.

## PERSONAL MAIL

1. Mail shall be inspected for contraband to ensure facility safety and security.
2. All incoming personal inmate mail must be on a single sheet of 8 ½ X 11 card stock that will be folded in half and taped on both edges and the top. Nothing may be inserted in the folded card stock and the edges and the top cannot be completely sealed. No hand-delivered mail or packages accepted. Only letters hand written in ink or typed will be accepted, nothing in crayon or non-ink substances. No photocopies, of any sort, accepted. No photographs, of any kind, accepted. Incoming mail will only be delivered to the inmate it is addressed to.
3. Personal mail received for an inmate will be documented, opened, inspected and may be read before delivery to the inmate.
4. Inmates shall place outgoing mail in the secure box for collection by sheriff's office personnel. Outgoing mail is read to ensure facility safety and security. All outgoing mail, except privileged mail, shall be left unsealed so it can be inspected. All outgoing mail must be in a regular envelope, no torn or homemade envelopes.
5. No incoming or outgoing mail will be accepted if there is any foreign substance on it, appears stained, has an aroma, or appears to contain contraband.
6. Inmate to inmate correspondence, within the Houston County Jail or any other facility, is prohibited. Inmates who send correspondence out to have sent back to any inmate in any facility shall be disciplined.
7. All incoming and outgoing mail must have the sender's first and last name, complete address, inmate # and pod location on the envelope. No nicknames accepted.

```
John Doe                              < Tape tab
123 Main St.
Dothan, AL 36303

                   Jane Doe
< Tape tab         #00000, Pod A, B, etc                         Tape tab >
                   901 East Main St.
                   Dothan, AL 36301
```

## PRIVILEGED MAIL AND PRIVILEGED MAIL FOLDER

An inmate shall request from the Jail, a Privileged Mail folder when they have a need for one. Items not stored in the Privileged Mail folder are not treated as privileged mail. Privileged mail is correspondence between an inmate and their attorney of record. Sheriff's office personnel, in the presence of the inmate, will open privileged inmate mail. All pages are then inspected for contraband. Incoming privileged mail is limited in size to 9 X 12 envelopes.

The inmate Privileged Mail folder is only for storage of privileged mail between the inmate and his or her attorney of record. No other items may be stored in the privileged folder. The privileged mail folder is subject to search.

The following items are not privileged papers and shall not be stored in the privileged folder: answered grievance forms, answered request forms, court records, lawsuits, and research from the law library.

## ATTORNEY – CLIENT VISITATION

By request, an inmate's attorney of record may have a contact visit with an inmate. Inmates are required to complete a form identifying to the Jail which attorney represents the inmate, and in which case or court action. The Jail may require verification of the attorney-client relationship prior to any attorney visitation. An attorney shall not meet with an inmate under the guise of attorney-client privilege where no such privilege exists. Non-contact visits will be done over the video visitation system.

## LAW LIBRARY

The facility has a constitutionally acceptable law library for inmate use. The inmate shall submit a request to the supervisor on duty to visit the law library. A request form is required each time the inmate wishes to go to the law library. An on duty supervisor will arrange for use of the law library by pod designation. Inmates cannot remove any book or part of a book from the law library. The facility does not provide a librarian.

## LIVING AREA REQUIREMENTS

1. Inmate's towel and bath cloth shall be hung on the towel clips in the cell when not being stored in the inmate's storage bag. Hang the towel first with the bath cloth hung neatly on top of the towel. Inmates in WK and TR shall hang their towel and wash cloth from the end of their bunk using the holes at the top of the bunks. The inmate on the top bunk shall use the side of the bunk farthest from the control booth while the inmate on the bottom bunk shall use the side closest to the control booth. The towel and wash cloth will be secured in separate holes and will hang down the bed post and not across the bed.
2. Shoes are stored underneath the bunk at the foot of the bunk with the toes facing outward.
3. The bunk shall be neatly made prior to each roll-out every day with the blanket fully covering the bunk.
4. Inmates may lie on their bunks and cover with their blankets during roll-ins but must make the bunk before each roll-out.
5. No items shall be stored underneath the bunk except for shoes.
6. Inmates shall not store or place items, of any kind, on any window of the cell or the day room.
7. Personal items that will not fit in the storage bag shall be stored neatly at the foot of each inmates bunk with the storage bag.
8. Items shall not be stored underneath the mattress or mattress coverings.

## MEDICAL CARE

1. "Med call" is announced prior to the nurse arriving in each area. Any inmate not standing by the pod door may <u>forfeit</u> their medication and be noted as being absent.
2. Inmates shall not bring anything out of their cell at med call except for their cup, but only when directed to do so by sheriff's office personnel.
3. There is a copay for medical care at the Jail. Inmate medical care is <u>NOT</u> free.
4. Inmate medical co-pays come from the inmate's commissary fund.
5. The inmate will be charged co-pays for each medical visit and each medical service based on the following schedule of fees:

   Hospital/Doctor/PA/Dental/Lab/X-ray visit.....$20.00    LPN visit..............................$ 5.00
   Prescriptions and continuations (each)..........$10.00    EMT visit.............................$ 2.00
   OTC Prescription.......................................$ 5.00    Non-prescription meds (each).....$ 0.50

## CHAPLAIN SERVICES

The Jail has a full-time chaplain on duty. A 24-hour call is available for any inmate who needs emergency chaplain services. Inmates shall request chaplain services in writing.

Approved clergy visitations times will be posted in the Jail lobby. Clergy visits will be permitted during the posted times. Inmates on disciplinary segregation may be visited by clergy if the Jail can accommodate the visit.

The inmate must list a clergy member to have clergy visits. Only one clergy visit per inmate per week.

Non-denominational services, other services, and classes are held at the discretion of the Chaplain and based on availability of space and time. Attending religious services is not mandatory for any inmate. The supervisor on duty may revoke the privileges of attending religious services for misbehavior during the service or any violation of inmate rules.

## INMATE REQUEST FORMS

Anytime an inmate needs something that they cannot provide for themselves, they may complete an Inmate Request on the pod kiosk. The inmate should include as much detail about their request as possible. Inmate requests are answered as soon as reasonably possible but usually not more than seven days after the request is submitted. Inmates shall only submit one request per day and they shall not submit more than one request about any one need. The Jail will not answer requests about court related information such as court date, fines, name of the inmate's attorney. Inmates must write the clerk of courts for any court related information.

## GRIEVANCE PROCEDURE

1. If an inmate has a grievance, they may complete a grievance using the pod kiosk. Grievances are by individual inmate only. If more than one inmate has the same grievance, each inmate must submit their own grievance. Inmates may only submit one grievance per day.
2. Complete the grievance providing as much detail as possible in the space provided for the inmate. Each grievance may only address one issue and the grievance cannot contain cuss words or any disparaging comments about any person. The grievance must be submitted within three days of the event that is the basis of the grievance. The inmate shall state in their grievance the details and the date of the event made the basis of the grievance. Grievances that do not conform to policy are returned without the grievance issue being addressed.
3. The Grievance Deputy has 15 days to investigate and answer the grievance.
4. If the inmate is not satisfied with the response to the grievance, the inmate may appeal the decision using a grievance appeal form. An appeal form may be obtained by asking sheriff's office personnel for an appeal form. The completed grievance appeal form shall be placed in the secure box. The appeal must be submitted within 3 days of the date the inmate is notified of the initial decision. The sheriff's office member hearing the appeal will have 30 days to answer the appeal.
5. If an inmate is dissatisfied with the response to an appeal, they may repeat the appeal procedure as detailed in item 4 until they reach their third, and final appeal. The Jail has a three appeal process and the response to the third appeal is the final decision.
6. If an inmate has an emergency, he or she may make an oral request to any member of the sheriff's staff. The sheriff staff member will immediately notify a supervisor who will investigate the emergency grievance. An emergency is anything that affects the immediate life, safety, or health of the inmate or the security and safety of the facility.
7. All grievances are tracked to ensure that (1) inmates grievances are answered; (2) inmates have followed the rules regarding filing grievances and appeals.

## SANCTION/DISCIPLINE PROCEDURE

Inmates who commit rules violations will be sanctioned or disciplined based on the severity of violation and history of pervious violations. Any inmate who has more than nine previous sanctions will have all rule violations treated as discipline offenses.

Inmates who receive a sanction will have certain privileges suspended for a pre-determined amount of time based upon the number of sanctions the inmate has received.

Anytime a staff member witnesses, or learns of, an inmate committing an offense warranting a sanction the staff member will complete a sanction form.

The inmate will receive a copy of the sanction form as soon as practicable after the completion of the process. The inmate may appeal the sanction to the Jail Commander within 1 day after receiving their notice of sanction.

The Jail Commander, or his designee, will answer the inmates appeal. There is no further administrative appeal of a sanction beyond the Jail Commander.

Inmates who receive a discipline will have their privileges suspended and receive lockdown time based upon the type of offense the inmate committed.

Anytime a staff member witnesses, or learns of, an inmate committing an offense warranting a disciplinary the staff member will complete a disciplinary form.

The inmate will receive a copy of the disciplinary notice as soon as practicable after the completion of the process. The disciplinary notice will advise the inmate of the procedures, process, and what they may do. The inmate will receive notice of their disciplinary hearing at least twenty-four hours prior to the hearing. The inmate may waive their hearing by signing the Waiver of Hearing form.

After the disciplinary hearing and determination, the inmate may appeal the determination to the Jail Commander within 1 day after receiving their notice of the outcome of the discipline hearing. The Jail Commander, or his designee, will answer the inmate's appeal. There is no further administrative appeal of a discipline beyond the Jail Commander.

## DISCIPLNARY SEGREGATION RULES

Inmates on disciplinary segregation will follow these rules in addition to all others rules included in the inmate handbook.

1. At roll-out the inmate shall shower before any other roll-out activity, personal hygiene is the first priority. All showers will be in the downstairs shower.
2. At roll-out the inmate shall close and lock their cell door and remain out of their cell. The inmate may have access to necessary items from their storage or property bag and/or they may exercise.
3. Inmates shall remain 3 feet from all other cell doors and shall not talk or socialize with other inmates not rolled-out.
4. All inmates in discipline segregation, regardless of their housing assignment, shall remain off the stairs and on the bottom tier floor. Inmates shall not go to the top tier during their roll-out time.
5. All violations of inmate rules while in disciplinary segregation will be disciplinary offenses and will result in further disciplinary segregation time.
6. Inmates in disciplinary segregation may order only hygiene items from commissary. Any food item ordered from commissary will not be delivered or stored by the Jail and the commissary funds used for the purchase shall not be refunded.

Inmates on disciplinary segregation may have only the following items in their cell:

1 Jail uniform (worn)
1 pair of socks (worn)
1 underwear (worn)
1 t-shirt (worn)
1 book
1 county issued cup
1 bar of soap
1 towel
1 washcloth
1 toilet paper roll
1 toothbrush
1 toothpaste
1 pair of shower shoes, no other shoes permitted in disciplinary segregation.

All other inmate property will be in the storage bag that the inmate may access when rolled out.

Possession of any item not listed above is possession of contraband.

Mats and blankets will be issued to each disciplinary segregation inmate at approximately 8 P.M. and will be taken from the inmate at approximately 5 A.M.

Inmates in disciplinary segregation can earn credit for good behavior while in disciplinary segregation. The first thirty days of disciplinary segregation are served day for day. The next thirty days will be credited for good behavior at two days served for each one. All days beyond 60 will be credited for good behavior at three days for each one.

Any rules violations while in disciplinary segregations shall result in the inmate not being eligible to begin accrual of good behavior credit, or the removal of any accrued good behavior credit, and the inmate shall serve all of the disciplinary segregation time day for day which was originally assessed with no further opportunity for good behavior credit during the current term of disciplinary segregation.

## DAMAGING OR DESTORYING JAIL PROPERTY

Any inmate who damages or destroys Jail property may be charged criminally under Alabama Criminal Code Title 14-11-10. Under this code, any damage that exceeds $25 is a felony. Inmates will also be disciplined administratively and may be ordered to pay the Jail the replacement cost of all damaged or destroyed items.

If an inmate damages or destroys a uniform, they may be charged criminally and they will be disciplined and issued a paper uniform for wear in the jail.

If an inmate damages or destroys a mat or uses a mat to conceal contraband, they may be criminally charged and they will be disciplined. Whenever a jail staff member discovers damage to an inmate's mat, such as a torn cover, removed padding, contaminated padding due to water or bodily fluids, alterations used to conceal contraband, etc., the mat will be confiscated, and the inmate issued a discipline for the rule violation. The inmate will be issued a green mat as a replacement, pending the outcome of the discipline process. Should the inmate intentionally damage or destroy the green mat, the inmate will not be issued a replacement mat of any kind.

If, after the conclusion of the discipline process, the inmate is found to be guilty of the rule violation involving the damage to or use of the mat as a contraband carrier; the inmate will have his/her mat privileges suspended for a period of thirty days and will retain the issued green mat. If the inmate is found not guilty, a replacement mat will be issued to the inmate and the green mat collected by jail staff. A second confirmed violation of this policy will result in the inmate's mat privileges suspended for a period of 60 days. After a third violation, the inmate will only be issued a green mat for the duration of his/her stay at the Houston County Jail. An inmate who is found to have intentionally damaged his/her green mat while serving a period of suspension or revocation of mat privileges will serve the remainder of the suspension period without a mat or green mat.

If another inmate damages an inmate uniform or mat it is the responsibility of the inmate to immediately report the damage to jail staff and identify the inmate who damaged the jail property.

## DIRECTORY FOR INMATE'S FRIENDS AND FAMILY

For more information on visitation times and policies, setting up visitation and phone accounts, making deposits into commissary accounts, and other Jail policies effecting the public, please direct your friends and family to check the Houston County Sheriff's Office website at: www.houstoncountysheriff.org or come to the Jail to pick up an information packet.