US middle District Court
Alabama Southern Division

B Brown
vs
LT King, Ect.

Case - Civil action No. 1:19-CV-358-ECM

RECEIVED
2019 DEC 18 A 10:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff Special Report

Comes now the plaintiff Brandon Brown, to submit special Report and answer to court as followed

## Introduction

Defendant filed special report on November 22nd

## Plaintiff Claims

multiple violations occured during MR Brown's time at HCJ violaty his rights
1) MR Brown fell twice and was refused medical treatment without punishment
2) forced to work with snake
3) violating Alabama state health codes. No Tread safe footware & no cleaning Trays

## Facts

1) The HCJ claims to work according to a written set of policies and procedures Nowhere does it state you must work with snakes. on at least two occasions prior to the snake being removed the snake was spotted by inmates in kitchen. MR Brown and Logan Fairbanks reported it to Trinity kitchen staff who then called inmates liars and failed to acknolage Reporting. Inmates Logan Fairbanks and Donnie last name unknown were put in lockup for not wanting to work with snake with no mention of snake in there write ups.
Houston County Jail is operating on a do what they wnat Inmates cant prove it way.
2) as mentioned in defendants special report all staff at HCJ are charged with the responsibility of reporting any and all problems to the senior deputy on shift when learning of problem. This was clearly violated when kitchen staff learned of the snake aroud Inmates and failed to report to Lt and have problem resolved. Lt Trawick - sgt peters were notified of snake the 3rd time it was reported to kitchen staff LT Trawick stated to Inmates "don't wanna work with snake refuse to work then, you'll go to lock up theres no snakes In lockup HA HA"
2A) Alabama Health code states workers must be provided with Tread Safe footwear Not Plain rubber boots that are not Skid Resistant
2B) Being Denied Medical attention - on two occasions MR Brown fell in kitchen doe to improper footware. MR Brown Requested to see nurse 1st time for hurt Knee and 2nd time for hurt arm an shoulder (right). When Injuries were reported to kitchen staff MR Brown was told if you leave kitchen and go to medical you will be written

up for refusing to work and [locked?] set up.

3) Health code violation Not properly washing & Sanitizing trays During time at HCJ Not once was soap or sanitizer used to wash trays inmates with HIV, Hep C, Ect eat off same trays- they are not cleaned food is sprayed off and they are ran thru machine at 90° Not Properly cleaning anything.

The HCJ is a state facility inspected by another State facility I am not claiming corruption but lienency for sure I know for a fact what I o experienced at HCJ during my Incarseration. HCJ is doing what they want behind closed doors who can prove wrong doings they control everything how can a inmate gather evidance against them.

BCB

Brandon Brown

☆ Certificate of Service ☆

On December 16th the following Motion was filed and sent to the Courts as a true copy as well as the defendants attorneys.

Brandon Brown

